**Exhibit A to the Complaint**

**Location:** Malvern, PA  **IP Address:** 108.52.112.178
**Total Works Infringed:** 28  **ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 3E97BA63DC43E5E5C8F673ACD2A36D13532136EA | Blacked | 01/11/2018 14:03:31 | 01/10/2018 | 01/18/2018 | PA0002070942 |
| 2 | 030C8743D0AB3B5DFFBC8F7D965E5EAFDE39DF36 | Tushy | 12/02/2017 21:33:44 | 12/02/2017 | 12/17/2017 | 16159649585 |
| 3 | 03A3D54B83C90325A2438BF5D599C4F3F9B64B5C | Blacked | 11/17/2017 02:11:06 | 11/16/2017 | 11/18/2017 | 16020392782 |
| 4 | 0C3444595F26DC3A98FA47BA8BAD8F8B0E0383F1 | Vixen | 12/15/2017 22:25:33 | 12/15/2017 | 01/18/2018 | 16215970293 |
| 5 | 1702BF88C607938862AD5AD08D3799C7A76C4EC1 | Vixen | 12/07/2017 02:37:48 | 11/05/2017 | 11/15/2017 | 16016503631 |
| 6 | 1F6D2B8B3E349D95C7205A9E6C7826A7CFF8E1F1 | Tushy | 12/15/2017 04:40:45 | 04/11/2017 | 06/15/2017 | PA0002037579 |
| 7 | 23EB7D7E16DD92EC70D4F119FBC6039307E914E7 | Tushy | 11/20/2017 01:42:23 | 10/13/2017 | 10/22/2017 | PA0002058299 |
| 8 | 3E770665FF14213C98B2746B028AE2F335C6569B | Blacked | 11/02/2017 03:33:19 | 11/01/2017 | 11/15/2017 | 16013342262 |
| 9 | 41C62207ADF0D03D82414693BAA46DB231130B94 | Tushy | 11/12/2017 23:19:10 | 11/12/2017 | 11/21/2017 | 16013342441 |
| 10 | 504E023737A117FE090CC0EBB2B22A596872CB72 | Vixen | 01/10/2018 03:26:22 | 01/09/2018 | 01/18/2018 | PA0002070945 |
| 11 | 632D316145D3B080AEB7FB494531E92D935FC816 | Vixen | 11/11/2017 02:35:05 | 11/10/2017 | 11/21/2017 | 16013343018 |
| 12 | 637973CB536525CD32F7FFDC054B4E1B9742D7FA | Tushy | 11/23/2017 09:17:39 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 13 | 683512D4D6AC818394C715EE147660002BF573D3 | Tushy | 12/28/2017 03:16:31 | 12/27/2017 | 01/18/2018 | 16215823711 |
| 14 | 6A5BB9131C42102AFD77225E52B512136BD1649B | Tushy | 01/11/2018 23:30:08 | 01/11/2018 | 01/18/2018 | 16215970391 |
| 15 | 73B6F154FBB4010836DBB6D8BE1855CB53A1E451 | Blacked | 12/02/2017 21:34:10 | 12/01/2017 | 12/17/2017 | 16159649724 |
| 16 | 7840FCBB68C93E18DBF99E7C185F3773554F6185 | Vixen | 11/20/2017 22:56:04 | 11/20/2017 | 01/04/2018 | PA0002069354 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 805A5FDC5163BAD38E15AAB622AE1CCB55FBC5C3 | Blacked Ra | 11/29/2017 03:52:57 | 11/28/2017 | 12/17/2017 | 16159649278 |
| 18 | 83BCD47565C84E48A3561479981ED2A2A68C70F7 | Tushy | 12/08/2017 00:08:08 | 12/07/2017 | 12/17/2017 | 16159649536 |
| 19 | 8B6C0A3E0EF068BEF48FDCE92C7086ED1C13C8B4 | Tushy | 11/18/2017 03:30:18 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 20 | 98F94D4569CD73E2FD2FF68FFF228046FCF83EAD | Vixen | 11/17/2017 03:00:11 | 11/15/2017 | 11/21/2017 | 16013342550 |
| 21 | 9D2247F53E427F6FB0718CC2346CBBA4008C13EA | Blacked Ra | 12/03/2017 23:43:01 | 12/03/2017 | 12/17/2017 | 16159429180 |
| 22 | A5DAB5C75BEE5E7712B44AB312CC175F0E036C7B | Blacked | 11/26/2017 21:09:08 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 23 | C524F25BE647D45EEF01BCFE4AF282369C15F9F6 | Blacked | 11/26/2017 21:12:37 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 24 | C8403A14CF23D2EDF371585C9270B6B428210D5C | Blacked | 01/15/2018 19:24:40 | 01/15/2018 | 01/20/2018 | 16215970440 |
| 25 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | Blacked | 12/07/2017 02:36:26 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 26 | EA940B8AA781644B98523FD3D1B0B6809C9A5229 | Blacked | 11/22/2017 01:57:50 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 27 | F08757E3703EC2278B5CEB95FF97E82F94DD77E6 | Vixen | 12/30/2017 22:36:21 | 12/30/2017 | 01/18/2018 | PA0002070944 |
| 28 | F389B96714D70B96EE69FD764815AEA8A809A07F | Tushy | 11/29/2017 03:09:37 | 11/27/2017 | 01/04/2018 | PA0002069335 |