## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 2:18-cv-00811-HB |
| | ) | |
| v. | ) | Honorable Harvey Bartle, III |
| | ) | |
| RICHARD SZABO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S VOLUNTARY DISMISSAL
## <u>WITH PREJUDICE OF RICHARD SZABO</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant Richard Szabo are voluntarily dismissed with prejudice.

Dated: August 6, 2018                    Respectfully submitted,

By:  /s/ *Christian Moffitt*
Christian Moffitt, Esq. (206770)
cmoffitt@foxrothschild.com
Andrew Bonekemper, Esq. (84313)
abonekemper@foxrothschild.com
Fox Rothschild LLP
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA  19422-3001
Tel: (610) 397-6500
Fax: (610) 397-0450
www.foxrothschild.com
*Attorneys for Plaintiff*